UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　-vs-<br><br>CARLOS ARMANDO SALDANA (1),<br>VICTOR JUNIOR SALCEDO (2),<br><br>　　　　Defendants. | No.　4:17-CR-6013-WFN<br><br>PROTECTIVE ORDER |

Pending before the Court is the Government's Motion to Disclose Pre-Indictment Pleadings for Discovery BUT Not Unsealing and for Protective Order. ECF No. 33. The Court has reviewed the file and motions and is fully informed.　Accordingly,

**IT IS ORDERED** that:

1. The Government's Motion to Disclose Pre-Indictment Pleadings for Discovery BUT Not Unsealing and for Protective Order, filed June 12, 2017, **ECF No. 33**, is **GRANTED**.

2. The United States is permitted to disclose related Pre-Indictment Pleadings that are all currently sealed by the Court (hereinafter "Protected Discovery") to counsel for the above referenced Defendants' pursuant to its discovery obligations.

3. Such applications, orders and warrants as referenced in United States' motion, shall otherwise remain sealed by the Court.

**PROTECTIVE ORDER**

4. The United States will provide discovery materials (including Protected Discovery) on an on-going basis to defense counsel;

5. Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents;

6. Defense counsel may show to, and discuss with the Defendant the discovery material, including sealed documents;

7. Defense counsel shall not provide original or copies of discovery materials directly to the Defendant;

8. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the protective order;

9. The United States and defense counsel may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to this cause. Any reference to the content of the Protected Discovery shall be filed under seal, until further order of the Court.

10. The parties may seek relief from this Order for good cause shown.

The District Court Executive is directed to file this Protective Order and provide copies to counsel.

**DATED** this 12th day of June, 2017.

06-12-17

                                                            s/ Wm. Fremming Nielsen
                                                            WM. FREMMING NIELSEN
                                SENIOR UNITED STATES DISTRICT JUDGE